IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFFREY PAUL HALE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-cv-841-RP |
| BRYAN COLLIER, *in his official capacity as Executive Director of the Texas Department of Criminal Justice*, et al., | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On this date, the Court issued an order adopting the report and recommendations of United States Magistrate Judge Susan Hightower and dismissed Plaintiff Jeffrey Paul Hale's claims against the Defendants. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on November 3, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE